AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHERYL MOOSE,

v.

SPOKANE INTERNATIONAL AIRPORT, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-248-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the complaint and the claims asserted by the Plaintiff against Defendant Mark Jucht are dismissed with prejudice and without costs or attorney's fees to any party.

February 8, 2011
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer