AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHERYL MOOSE,

v.

SPOKANE INTERNATIONAL AIRPORT, a Washington
Joint Operation Municipal Airport Board and MARK
JUCHT

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-248-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed and the claims therein, as well as any counter-claims and cross-claims (asserted or unasserted), with prejudice and without costs or attorneys fees to any party.

| July 29, 2011 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |